NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

J.L.,                                           )
                                                )
            Appellant,                          )
                                                )
v.                                              )       Case No. 2D17-2039
                                                )
STATE OF FLORIDA,                               )
                                                )
            Appellee.                           )
                                                )
_____     )

Opinion filed May 18, 2018.

Appeal from the Circuit Court for
Hillsborough County; Barbara Twine-
Thomas, Judge.

Howard L. Dimmig, II, Public Defender,
and Julius J. Aulisio, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, SALARIO, and ATKINSON, JJ., Concur.